**2005–0172.  Seaford v. Norfolk S. Ry. Co.**
Cuyahoga App. No. 83137, 159 Ohio App.3d 374, 2004-Ohio-6849. Discretionary appeal accepted on

Proposition of Law IV and cause held for the decision in 2003–2035, *Hess v. Norfolk S. Ry. Co.,* Cuyahoga App. No. 80717, 153 Ohio App.3d 565, 2003-Ohio-4172, 795 N.E.2d 91.

PFEIFER, J., dissents.